IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTHONY FRAZIER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | No. 3:12-cv-4898-N |
| RICK PERRY, | § | |
| | § | |
| Defendant. | § | |

### ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

This case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b). Plaintiff's motion to proceed *in forma pauperis* [Dkt. no. 2] is denied.

SO ORDERED this 11th day of March, 2013

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE